IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES, LP, etc. : | CIVIL ACTION |
| v. : | |
| HUDSON UNITED BANK, etc. : | NO. 02-4851 |

O R D E R

AND NOW, this 26th day of July, 2002, in accordance with the court's procedure for random reassignment of cases, it is hereby

ORDERED that the above-captioned case is reassigned from the calendar of the Honorable Bruce W. Kauffman to the calendar of the Honorable Clifford Scott Green.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court