IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Sungard Recovery Services, LP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4851 |
| | : | |
| Hudson United Bank | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for

ARBITRATION at 9:30 am on Thursday, December 5, 2002.  **PLEASE NOTE THAT THIS**

**ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900**

**MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM**

**ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Tashia C. Irving
Deputy Clerk
Phone:267-299-7071

Date:August 15, 2002

Copies:        Michael Owens, Courtroom Deputy to Judge Clifford Scott Green
               Docket Clerk - Case File

        Counsel:        Calvin J. McNulty, Esq.
                        Robert R. Watson, Jr.,  Esq.

ARB2.FRM