IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sungard Recovery Services, LP | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-4851 |
| | : | |
| Hudson United Bank | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Thursday, June 5, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                       Michael E. Kunz
                       Clerk of Court

* Case continued from 12/5/02

                       By:_____
                       Tashia C. Irving
                       Deputy Clerk
                       Phone:267-299-7071

Date:<u>November 20, 2002</u>

Copies:  Michael Owens, Courtroom Deputy to Judge Clifford Scott Green
      Docket Clerk - Case File

    Counsel:   Calvin J. McNulty, Esq.
           John Ralston Woodruff, Esq.
           Robert R. Watson, Jr., Esq.

ARB2.FRM